**Order entered February 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01466-CV

## DAVID LEMON, FA EDGEPOINT SERVICES, LLC, AND ORANGE LEAF VENTURES, LLC, Appellants

### V.

## STRAIT CAPITAL COMPANY, LTD., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08245**

## ORDER

Before the Court is the parties' February 12, 2019 joint motion to abate briefing deadlines to allow them an opportunity to finalize a tentative settlement. We **GRANT** the motion, **ORDER** appellants to file a status report no later than March 15, 2019, and **ABATE** the appeal. The appeal will be reinstated once the status reporter is filed.

/s/    BILL WHITEHILL
          JUSTICE